UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: CALDERONE, MICHAEL J. § Case No. 16-34911-ABG
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 01, 2016. The undersigned trustee was appointed on November 01, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        21,836.99

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 4,144.85 |
   | Bank service fees | 366.58 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   
   Leaving a balance on hand of[1]     $     17,325.56

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/27/2017 and the deadline for filing governmental claims was 11/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,933.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,933.70, for a total compensation of $2,933.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/22/2018    By: /s/ILENE F. GOLDSTEIN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-34911-ABG  
**Case Name:** CALDERONE, MICHAEL J.

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/01/16 (f)  
**§341(a) Meeting Date:** 12/01/16  

**Period Ending:** 10/22/18

**Claims Bar Date:** 11/27/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 314 Rock Hall Circle, Gray slake, IL 60030-0000,<br>Imported from original petition Doc# 1  (See Footnote) | 65,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3511 Central Road #201, Glenview, IL 60025-0000,<br>Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 21,836.99 | FA |
| 3 | Cash<br>Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 4 | Checking x 7602: Chase Bank<br>Imported from original petition Doc# 1 | 36.99 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothes<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Fidelity Life Insurance $250,000 Term Policy: Ve<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2007 Ford Edge. Entire property value: $3,500.00<br>Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 10 | 1996 Ford Lincoln. Entire property value: $500.0<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | **Assets**   **Totals** (Excluding unknown values) | **$151,211.99** | **$0.00** | | **$21,836.99** | **$0.00** |

RE PROP# 1   Regardless of the Debtors schedules (apparent typograghical error)the debtor thought the house worth
$184,000.00 Trutee took higher value from Zillow and still there was no equity.  Debtor's Counsel
did not ammend to correct error.

**Major Activities Affecting Case Closing:**

STATUS: January 2018  The trustee recovered a surplus from funds in a foreclosure on the sale of real estate.  She will be filing tax returns now that the 2017 tax tables are available

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-34911-ABG  
**Case Name:** CALDERONE, MICHAEL J.

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/01/16 (f)  
**§341(a) Meeting Date:** 12/01/16

**Period Ending:** 10/22/18  
**Claims Bar Date:** 11/27/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2018    **Current Projected Date Of Final Report (TFR):** December 31, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-34911-ABG  
**Case Name:** CALDERONE, MICHAEL J.  
**Taxpayer ID #:** **-***4909  
**Period Ending:** 10/22/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/17 | {2} | Dorothy Brown Clerk of Circuit Court | Foreclosure surplus | 1110-000 | 21,836.99 | | 21,836.99 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.46 | 21,826.53 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.34 | 21,796.19 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.44 | 21,762.75 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.30 | 21,731.45 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.21 | 21,701.24 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.33 | 21,666.91 |
| 02/23/18 | 101 | The Law Offices of Zane L. Zielinski, P.C. | Special Counsel Fees | 3210-600 | | 3,790.00 | 17,876.91 |
| 02/23/18 | 102 | The Law Offices of Zane L. Zielinski, P.C. | Expenses Paid to Special Counsel | 3220-610 | | 348.08 | 17,528.83 |
| 02/23/18 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/23/2018 FOR CASE #16-34911 | 2300-000 | | 6.77 | 17,522.06 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.08 | 17,492.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.55 | 17,467.43 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.28 | 17,443.15 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 17,415.55 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.21 | 17,391.34 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.68 | 17,364.66 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.80 | 17,338.86 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.30 | 17,325.56 |
| | | | **ACCOUNT TOTALS** | | 21,836.99 | 4,511.43 | **$17,325.56** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,836.99 | 4,511.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,836.99** | **$4,511.43** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8166** | 21,836.99 | 4,511.43 | 17,325.56 |
| | $21,836.99 | $4,511.43 | $17,325.56 |

{} Asset reference(s)

Printed: 10/22/2018 04:02 PM    V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 27, 2017

**Case Number:** 16-34911-ABG  
**Debtor Name:** CALDERONE, MICHAEL J.

Page: 1

**Date:** October 22, 2018  
**Time:** 04:02:19 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,933.70 | $0.00 | 2,933.70 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,622.50 | $0.00 | 1,622.50 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,905.00 | $0.00 | 2,905.00 |
| 4P 570 | Illinois Department of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Priority | History: Details4-109/14/2017Claim #4 filed by Illinois Department of Revenue Bankruptcy Section, Amount claimed: $370540.63 (ADI, EPoc )<br>------------------------------------------------------------------------------* * * | $287,778.45 | $0.00 | 287,778.45 |
| 1 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details1-108/30/2017Claim #1 filed by Discover Bank, Amount claimed: $10902.32 (Dingus, Mandy )<br>------------------------------------------------------------------------------* * * | $10,902.32 | $0.00 | 10,902.32 |
| 2 610 | First Data Global Leasing<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | History: Details2-108/30/2017Claim #2 filed by First Data Global Leasing, Amount claimed: $690.43 (Boswell, Ashley )<br>------------------------------------------------------------------------------* * * | $690.43 | $0.00 | 690.43 |
| 3 610 | First Data Global Leasing<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | History: Details3-108/30/2017Claim #3 filed by First Data Global Leasing, Amount claimed: $690.43 (Boswell, Ashley )<br>------------------------------------------------------------------------------* * * | $690.43 | $0.00 | 690.43 |
| 4U 610 | Illinois Department of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 | Unsecured | History: Details4-109/14/2017Claim #4 filed by Illinois Department of Revenue Bankruptcy Section, Amount claimed: $370540.63 (ADI, EPoc )<br>------------------------------------------------------------------------------* * * | $82,762.18 | $0.00 | 82,762.18 |
| 5 610 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details5-110/09/2017Claim #5 filed by Capital One, N.A., Amount claimed: $1995.56 (Deegan, Greg )<br>------------------------------------------------------------------------------* * * | $1,995.56 | $0.00 | 1,995.56 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 27, 2017

**Case Number:** 16-34911-ABG  
**Debtor Name:** CALDERONE, MICHAEL J.

Page: 2

**Date:** October 22, 2018  
**Time:** 04:02:19 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 / 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $1,589.42 | $0.00 | 1,589.42 |
| | | | History: Details6-110/12/2017Claim #6 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $1589.42 (Lamb, David ) ---------------------------------------------------------------------------* * * | | | |
| 7 / 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | | $15,355.09 | $0.00 | 15,355.09 |
| | | | History: Details7-110/12/2017Claim #7 filed by PYOD, LLC its successors and assigns as assignee, Amount claimed: $15355.09 (Lamb, David ) ---------------------------------------------------------------------------* * * | | | |
| 8 / 610 | Portfolio Recovery Associates, LLC Successor to CITIBANK, N.A. (THE HOME DEPOT),POB 41067 Norfolk, VA 23541 | Unsecured | | $694.96 | $0.00 | 694.96 |
| | | | History: Details8-111/02/2017Claim #8 filed by Portfolio Recovery Associates, LLC, Amount claimed: $694.96 (Dotson, Danielle ) ---------------------------------------------------------------------------* * * | | | |
| 9 / 610 | Midland Funding, LLC Midland Credit Management, Inc. as, WARREN, MI 48090 | Unsecured | | $12,739.09 | $0.00 | 12,739.09 |
| | | | History: Details9-111/06/2017Claim #9 filed by Midland Funding, LLC, Amount claimed: $12739.09 (ADI, EPoc ) ---------------------------------------------------------------------------* * * | | | |
| 10 / 610 | Midland Funding, LLC Midland Credit Management, Inc. as, WARREN, MI 48090 | Unsecured | | $2,391.74 | $0.00 | 2,391.74 |
| | | | History: Details10-111/06/2017Claim #10 filed by Midland Funding, LLC, Amount claimed: $2391.74 (ADI, EPoc ) ---------------------------------------------------------------------------* * * | | | |
| 11 / 610 | Midland Funding, LLC Midland Credit Management, Inc. as, WARREN, MI 48090 | Unsecured | | $1,112.62 | $0.00 | 1,112.62 |
| | | | History: Details11-111/06/2017Claim #11 filed by Midland Funding, LLC, Amount claimed: $1112.62 (ADI, EPoc ) ---------------------------------------------------------------------------* * * | | | |
| 12 / 610 | Midland Funding, LLC Midland Credit Management, Inc. as, WARREN, MI 48090 | Unsecured | | $379.80 | $0.00 | 379.80 |
| | | | History: Details12-111/06/2017Claim #12 filed by Midland Funding, LLC, Amount claimed: $379.80 (ADI, EPoc ) ---------------------------------------------------------------------------* * * | | | |
| 13 / 610 | Directv, LLC by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | Unsecured | | $415.89 | $0.00 | 415.89 |
| | | | History: Details13-111/17/2017Claim #13 filed by Directv, LLC, Amount claimed: $415.89 (Boswell, Ashley ) ---------------------------------------------------------------------------* * * | | | |
| **<< Totals >>** | | | | 426,959.18 | 0.00 | 426,959.18 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-34911-ABG
Case Name: CALDERONE, MICHAEL J.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 17,325.56

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 17,325.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,933.70 | 0.00 | 2,933.70 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,905.00 | 0.00 | 2,905.00 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 1,622.50 | 0.00 | 1,622.50 |

Total to be paid for chapter 7 administration expenses: $ 7,461.20
Remaining balance: $ 9,864.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,864.36

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $287,778.45 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Illinois Department of Revenue Bankruptcy Section | 287,778.45 | 0.00 | 9,864.36 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 9,864.36 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 131,719.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,902.32 | 0.00 | 0.00 |
| 2 | First Data Global Leasing | 690.43 | 0.00 | 0.00 |
| 3 | First Data Global Leasing | 690.43 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue Bankruptcy Section | 82,762.18 | 0.00 | 0.00 |
| 5 | Capital One, N.A. | 1,995.56 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 1,589.42 | 0.00 | 0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 15,355.09 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 694.96 | 0.00 | 0.00 |
| 9 | Midland Funding, LLC | 12,739.09 | 0.00 | 0.00 |
| 10 | Midland Funding, LLC | 2,391.74 | 0.00 | 0.00 |
| 11 | Midland Funding, LLC | 1,112.62 | 0.00 | 0.00 |
| 12 | Midland Funding, LLC | 379.80 | 0.00 | 0.00 |
| 13 | Directv, LLC | 415.89 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**