UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**CALDERONE, MICHAEL J.** ) Bankruptcy Case No. 16-34911 ABG
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 8, 2018 I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

CALDERONE, MICHAEL J.
314 ROCK HALL CIRCLE
GRAYSLAKE, IL 60030


,

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

PBG Financial Services Inc
666 Dunde Road
Suite 401
Northbrook, IL 60062

1  Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

| | |
|---|---|
| 2 | First Data Global Leasing<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| 3 | First Data Global Leasing<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |
| 4P | Illinois Department of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| 4U | Illinois Department of Revenue Bankruptcy Section<br>PO Box 19035<br>Springfield, IL 62794-9035 |
| 5 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| 6 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 7 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 8 | Portfolio Recovery Associates, LLC<br>Successor to CITIBANK, N.A.<br>(THE HOME DEPOT),POB 41067<br>Norfolk, VA 23541 |
| 9 | Midland Funding, LLC<br>Midland Credit Management, Inc. as,<br>WARREN, MI 48090 |

| | |
|---|---|
| 10 | Midland Funding, LLC<br>Midland Credit Management, Inc. as,<br>WARREN, MI 48090 |
| 11 | Midland Funding, LLC<br>Midland Credit Management, Inc. as,<br>WARREN, MI 48090 |
| 12 | Midland Funding, LLC<br>Midland Credit Management, Inc. as,<br>WARREN, MI 48090 |
| 13 | Directv, LLC<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402