**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: CALDERONE, MICHAEL J.    § Case No. 16-34911
                                § 
                                § 
Debtor(s)                       § 

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $71,211.99        Assets Exempt: $21,211.99
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,864.36    Claims Discharged
                                              Without Payment: $409,633.62

Total Expenses of Administration: $11,972.63

---

3) Total gross receipts of $   21,836.99   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $21,836.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,972.63 | 11,972.63 | 11,972.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 287,778.45 | 287,778.45 | 9,864.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 131,719.53 | 131,719.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $431,470.61 | $431,470.61 | $21,836.99 |

    4) This case was originally filed under Chapter 7 on November 01, 2016. The case was pending for 28 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2019          By: /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3511 Central Road #201, Glenview, IL 60025-0000, | 1110-000 | 21,836.99 |
| **TOTAL GROSS RECEIPTS** | | **$21,836.99** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,933.70 | 2,933.70 | 2,933.70 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 2,905.00 | 2,905.00 | 2,905.00 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 1,622.50 | 1,622.50 | 1,622.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.46 | 10.46 | 10.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.34 | 30.34 | 30.34 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.44 | 33.44 | 33.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.30 | 31.30 | 31.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.21 | 30.21 | 30.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.33 | 34.33 | 34.33 |
| Other - The Law Offices of Zane L. Zielinski, P.C. | 3210-600 | N/A | 3,790.00 | 3,790.00 | 3,790.00 |
| Other - The Law Offices of Zane L. Zielinski, P.C. | 3220-610 | N/A | 348.08 | 348.08 | 348.08 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 6.77 | 6.77 | 6.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.08 | 29.08 | 29.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.55 | 25.55 | 25.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.28 | 24.28 | 24.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.60 | 27.60 | 27.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.21 | 24.21 | 24.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.68 | 26.68 | 26.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.80 | 25.80 | 25.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.30 | 13.30 | 13.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,972.63 | $11,972.63 | $11,972.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 287,778.45 | 287,778.45 | 9,864.36 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $287,778.45 | $287,778.45 | $9,864.36 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 10,902.32 | 10,902.32 | 0.00 |
| 2 | First Data Global Leasing | 7100-000 | N/A | 690.43 | 690.43 | 0.00 |
| 3 | First Data Global Leasing | 7100-000 | N/A | 690.43 | 690.43 | 0.00 |
| 4U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 82,762.18 | 82,762.18 | 0.00 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 1,995.56 | 1,995.56 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,589.42 | 1,589.42 | 0.00 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 15,355.09 | 15,355.09 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 694.96 | 694.96 | 0.00 |
| 9 | Midland Funding, LLC | 7100-000 | N/A | 12,739.09 | 12,739.09 | 0.00 |
| 10 | Midland Funding, LLC | 7100-000 | N/A | 2,391.74 | 2,391.74 | 0.00 |
| 11 | Midland Funding, LLC | 7100-000 | N/A | 1,112.62 | 1,112.62 | 0.00 |
| 12 | Midland Funding, LLC | 7100-000 | N/A | 379.80 | 379.80 | 0.00 |
| 13 | Directv, LLC | 7100-000 | N/A | 415.89 | 415.89 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $131,719.53 | $131,719.53 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-34911  
**Case Name:** CALDERONE, MICHAEL J.

**Period Ending:** 02/21/19

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 11/01/16 (f)  
**§341(a) Meeting Date:** 12/01/16  
**Claims Bar Date:** 11/27/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  314 Rock Hall Circle, Gray slake, IL 60030-0000, Imported from original petition Doc# 1  (See Footnote) | 65,000.00 | 0.00 | | 0.00 | FA |
| 2  3511 Central Road #201, Glenview, IL 60025-0000, Imported from original petition Doc# 1 | 80,000.00 | 0.00 | | 21,836.99 | FA |
| 3  Cash  Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 4  Checking x 7602: Chase Bank  Imported from original petition Doc# 1 | 36.99 | 0.00 | | 0.00 | FA |
| 5  Household Goods and Furnishings  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  Electronics  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7  Clothes  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 8  Fidelity Life Insurance $250,000 Term Policy: Ve  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  2007 Ford Edge. Entire property value: $3,500.00  Imported from original petition Doc# 1 | 3,500.00 | 0.00 | | 0.00 | FA |
| 10  1996 Ford Lincoln. Entire property value: $500.0  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$151,211.99** | **$0.00** | | **$21,836.99** | **$0.00** |

RE PROP# 1     Regardless of the Debtors schedules (apparent typograghical error)the debtor thought the house worth
$184,000.00 Trutee took higher value from Zillow and still there was no equity.  Debtor's Counsel
did not ammend to correct error.

**Major Activities Affecting Case Closing:**

STATUS: January 2018  The trustee recovered a surplus from funds in a foreclosure on the sale of real estate.  She will be filing tax returns now that the 2017 tax tables are available

STATUS January 2019  TDR submitted to UST 01/06/2019

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-34911
**Case Name:** CALDERONE, MICHAEL J.

**Period Ending:** 02/21/19

**Trustee:** (330290) ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 11/01/16 (f)
**§341(a) Meeting Date:** 12/01/16
**Claims Bar Date:** 11/27/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2018    **Current Projected Date Of Final Report (TFR):** November 8, 2018 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-34911
**Case Name:** CALDERONE, MICHAEL J.
**Taxpayer ID #:** **-***4909
**Period Ending:** 02/21/19

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** Rabobank, N.A.
**Account:** ******8166 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/18/17 | {2} | Dorothy Brown Clerk of Circuit Court | Foreclosure surplus | 1110-000 | 21,836.99 | | 21,836.99 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.46 | 21,826.53 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.34 | 21,796.19 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.44 | 21,762.75 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.30 | 21,731.45 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.21 | 21,701.24 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.33 | 21,666.91 |
| 02/23/18 | 101 | The Law Offices of Zane L. Zielinski, P.C. | Special Counsel Fees | 3210-600 | | 3,790.00 | 17,876.91 |
| 02/23/18 | 102 | The Law Offices of Zane L. Zielinski, P.C. | Expenses Paid to Special Counsel | 3220-610 | | 348.08 | 17,528.83 |
| 02/23/18 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/23/2018 FOR CASE #16-34911 | 2300-000 | | 6.77 | 17,522.06 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.08 | 17,492.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.55 | 17,467.43 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.28 | 17,443.15 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 17,415.55 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.21 | 17,391.34 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.68 | 17,364.66 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.80 | 17,338.86 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.30 | 17,325.56 |
| 12/16/18 | 104 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,933.70, Trustee Compensation; Reference: | 2100-000 | | 2,933.70 | 14,391.86 |
| 12/16/18 | 105 | PBG Financial Services Inc | Dividend paid 100.00% on $1,622.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,622.50 | 12,769.36 |
| 12/16/18 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,905.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,905.00 | 9,864.36 |
| 12/16/18 | 107 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 3.42% on $287,778.45; Claim# 4P; Filed: $287,778.45; Reference: | 5800-000 | | 9,864.36 | 0.00 |

|  | ACCOUNT TOTALS | 21,836.99 | 21,836.99 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | **Subtotal** | 21,836.99 | 21,836.99 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$21,836.99** | **$21,836.99** | |

{} Asset reference(s)

Printed: 02/21/2019 11:26 AM V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 16-34911 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** CALDERONE, MICHAEL J. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8166 - Checking Account |
| **Taxpayer ID #:** **-***4909 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 02/21/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8166** | 21,836.99 | 21,836.99 | 0.00 |
| | $21,836.99 | $21,836.99 | $0.00 |

{} Asset reference(s)

Printed: 02/21/2019 11:26 AM　　V.14.50